Mohammad RAHMAN, Petitioner,

v.

Loretta E. LYNCH, Attorney General, Respondent.

No. 14-72622

United States Court of Appeals, Ninth Circuit.

Submitted December 14, 2016 *

Filed December 20, 2016

Reynold E. Finnegan, II, Esquire, Senior Counsel, Finnegan & Diba, Los Angeles, CA, for Petitioner

Shahrzad Baghai, Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

### MEMORANDUM **

Mohammad Rahman, a native and citizen of Bangladesh, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Zehatye v. Gonzales*, 453 F.3d 1182,

1184–85 (9th Cir. 2006), and we deny the petition for review.

In his opening brief, Rahman accepts the agency's determination that he was not credible, but challenges the denial of CAT protection. Substantial evidence supports the agency's denial of Rahman's CAT claim, because it is based on the same testimony the agency found not credible, and Rahman does not point to any other evidence in the record that compels the conclusion that it is more likely than not he would be tortured by or with the consent or acquiescence of a public official in Bangladesh. *See Shrestha v. Holder*, 590 F.3d 1034, 1049 (9th Cir. 2010). We reject Rahman's contention that the agency ignored evidence or erred in its analysis.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.